Montgomery Cooperage Company, Respondent, v. Hugo E. Wassermann, Trading under the Firm Name of J. Wassermann & Co., Appellant.— Order

reversed, with ten dollars costs. and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.